UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Case No. 1:18-cv-00008-AJT-JFA |
| ) | |
| v. ) | |
| ) | |
| JOHN DOE subscriber assigned IP address ) | |
| 71.163.16.221, ) | |
| ) | |
| Defendant. ) | |

[~~PROPOSED~~] ORDER ON PLAINTIFF'S *EX_PARTE* APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE

THIS CAUSE came before the Court upon Plaintiff's *Ex-Parte* Application for an Extension of Time Within Which to Effectuate Service on John Doe Defendant with a summons and Complaint (the "Application"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Application is granted, IN PMT. Plaintiff shall have until MAY 18, 2018 ~~June 1, 2018~~ to effectuate service of a summons and Complaint on Defendant.

SO ORDERED this 2ND day of April, 2018.

/s/ JFA
John F. Anderson
United States Magistrate Judge

[ENDORSEMENT PAGE FOLLOWS]

**I ASK FOR THIS:**

<u>/s/ Jessica Haire</u>
Jessica Haire, Esq.
Va Bar No. 82513
Attorney for Strike 3 Holdings, LLC
Fox Rothschild LLP
1030 15th Street, NW
Suite 380E
Washington, DC 20005
Phone: <u>202-461-3109</u>
Fax: <u>202-461-3102</u>
<u>jhaire@foxrothschild.com</u>