AO 121 (6/90)

| TO: | | REPORT ON THE |
|---|---|---|
| | **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION      ☐ APPEAL | COURT NAME AND LOCATION<br>U.S. District Court for the Eastern District of Virginia |
|---|---|
| DOCKET NO.                      DATE FILED<br>1:18-cv-00008                   1/2/2018 | 401 Courthouse Square<br>Alexandria, VA 22314 |
| PLAINTIFF<br><br>Strike 3 Holdings, LLC, | DEFENDANT<br><br>John Doe, subscriber assigned IP address 71.163.16.221 |

| COPYRIGHT<br>REGISTRATION  NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1          See Attached | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment      ☐ Answer      ☐ Cross Bill      ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br><br>☒ Order      ☐ Judgment | WRITTEN OPINION ATTACHED<br><br>☐ Yes      ☒ No | DATE RENDERED<br><br>04/24/2018 |
|---|---|---|
| CLERK<br><br>Fernando Galindo, Clerk | (BY) DEPUTY CLERK<br><br>Judith Lanham, Deputy Clerk | DATE<br><br>05/15/2018 |

**DISTRIBUTION:**

| 1) Upon initiation of action,<br>mail copy to Register of Copyrights | 2) Upon filing of document adding copyright(s),<br>mail copy to Register of Copyrights | 3) Upon termination of action,<br>mail copy to Register of Copyrights |
|---|---|---|
| 4) In the event of an appeal, forward copy to Appellate Court | | 5) Case File Copy |

**Exhibit A to the Complaint**

**Location:** Aldie, VA

**Total Works Infringed:** 32

**IP Address:** 71.163.16.221

**ISP:** Verizon Fios

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 37D26E86627338D789208A53564660733722E219 | Blacked | 10/14/2017 01:17:17 | 10/12/2017 | 10/22/2017 | PA0002058296 |
| 2 | 0248B204C9CFF2D5495E8199C24F9C9317570178 | Vixen | 10/20/2017 23:36:28 | 10/16/2017 | 10/22/2017 | 15918925812 |
| 3 | 06E7F8EA128D13A9DE971A1F9ABF96BFED81099C | Blacked | 07/14/2017 21:35:31 | 07/09/2017 | 08/17/2017 | 15732782151 |
| 4 | 0718748B56C9C49E97EFA63054585870B4A27821 | Blacked | 08/16/2017 23:47:06 | 08/13/2017 | 08/17/2017 | 15732986356 |
| 5 | 100D37DDE3FF28B0DBE6A6F26380C6C0B33784C0 | Blacked | 08/18/2017 21:48:10 | 08/18/2017 | 08/24/2017 | 15894022488 |
| 6 | 17CE22D6BBE6A67C9D147B9C267A9CFAF179759B | Blacked | 06/02/2017 23:59:43 | 05/30/2017 | 06/22/2017 | PA0002039295 |
| 7 | 2BAFA0F284141502661FCC82E9E47F077151986A | Blacked | 07/21/2017 23:08:15 | 07/19/2017 | 08/11/2017 | PA0002046876 |
| 8 | 2F34353C8FF9D1D5FA648F3F0B451E4816A6EB11 | Vixen | 10/06/2017 23:10:48 | 10/06/2017 | 10/22/2017 | 15918925981 |
| 9 | 3095F6A6079FE22A559FED4BA6918D6C1B61384A | Vixen | 06/20/2017 17:01:29 | 06/18/2017 | 07/06/2017 | 15584691891 |
| 10 | 32E9882D7CBA9BF22EF356AD67FCFFCCEA44644B | Blacked | 07/05/2017 17:12:15 | 07/04/2017 | 07/06/2017 | 15584063685 |
| 11 | 353CAC9D0DDDEABFEE157AFA24168328C7F32574 | Blacked | 06/17/2017 20:58:43 | 06/09/2017 | 07/06/2017 | 15584064165 |
| 12 | 372C1AA1A4BD5AB95D82996044875214683BC8D0 | Vixen | 08/18/2017 21:48:15 | 08/17/2017 | 08/24/2017 | 15894022586 |
| 13 | 3D755D271DA17DC94A5B1D214E9DACEF7ECD36B8 | Blacked | 09/23/2017 01:32:27 | 09/22/2017 | 10/02/2017 | PA0002057455 |
| 14 | 3DA511AEED55A3B5B886AA6FAE81DF6C722F197B | Blacked | 06/30/2017 20:55:35 | 06/29/2017 | 07/06/2017 | 15584063973 |
| 15 | 4444ECF2D9FDDCACCDC4C3846902D55C6516C4A8 | Blacked | 05/27/2017 01:42:59 | 05/25/2017 | 06/22/2017 | PA0002039290 |
| 16 | 4449B969096B69ACD03D68C5BF8E74E6F90D5A50 | Blacked | 11/01/2017 22:45:32 | 11/01/2017 | 11/15/2017 | 16013342262 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|------|------|------|-----|-----------|--------------------|-----------|
| 17 | 46CF740947E44307646E4A46758A12F3B109171D | Vixen | 10/11/2017 22:02:29 | 10/11/2017 | 10/22/2017 | 15918925932 |
| 18 | 49D00F6986B162B0B8719350ED7F9B346641BBC3 | Vixen | 07/14/2017 21:36:29 | 07/13/2017 | 08/10/2017 | PA0002046873 |
| 19 | 622087E41C6BAABCA904002DE9D8AFC52C10BF35 | Vixen | 09/08/2017 23:27:49 | 09/06/2017 | 09/14/2017 | PA0002052844 |
| 20 | 74488841FBB42F946CD4154C276090AF77E5334A | Blacked | 07/25/2017 22:41:18 | 07/24/2017 | 08/11/2017 | PA0002046874 |
| 21 | 81C4EA33DDB08AFD9E5C70B97959D9D8DE2133B3 | Tushy | 08/22/2017 22:10:28 | 06/25/2017 | 07/06/2017 | 15584063333 |
| 22 | 9202F53690D918A134BD9B463AACE90F06B7DADF | Tushy | 10/01/2017 20:06:41 | 09/28/2017 | 10/10/2017 | 15894022733 |
| 23 | A978806B88FDDFA45A636A027C9CFCE6843C03D8 | Blacked | 06/30/2017 20:54:05 | 06/24/2017 | 07/06/2017 | 15584064021 |
| 24 | AAF763635391DFF65D4B677228FA0CFE88B5C5E0 | Vixen | 11/10/2017 19:35:03 | 11/05/2017 | 11/15/2017 | 16016503631 |
| 25 | AFE953F2B8F4A712907C95D82DB5CFCC142305C1 | Blacked | 08/08/2017 23:14:11 | 08/08/2017 | 08/17/2017 | 15732904191 |
| 26 | B1173D5583E21990FBD019E3BA9C380A5FCDD728 | Vixen | 06/30/2017 20:54:24 | 06/23/2017 | 07/06/2017 | 15584691541 |
| 27 | BE59B87BAF05D5D0B70979E292CACE8549F4F307 | Blacked | 10/18/2017 22:04:46 | 10/17/2017 | 11/15/2017 | 16013343097 |
| 28 | C295DB4D1D1DA424FF9474EB33F1154BC171E5E0 | Vixen | 07/25/2017 22:41:11 | 07/23/2017 | 08/10/2017 | PA0002046877 |
| 29 | CE1D1BDF79677BEE0F6E70128E805A595ED293DD | Tushy | 10/07/2017 17:35:03 | 10/03/2017 | 10/10/2017 | 15894022537 |
| 30 | D6D742455C65AC6E0779DA1B0EF9402D70893310 | Blacked | 07/20/2017 23:51:02 | 07/14/2017 | 08/11/2017 | PA0002046878 |
| 31 | E7680D7AE61D0328C528BC8846E81A1BBDB561B2 | Vixen | 07/28/2017 22:13:31 | 07/28/2017 | 08/10/2017 | PA0002046871 |
| 32 | F3A16D0005AD0A348317BD006E7F5278DF1B46AF | Blacked | 09/08/2017 23:28:43 | 09/07/2017 | 09/14/2017 | PA0002052840 |

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 1:18-cv-00008-AJT-JFA |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN DOE subscriber assigned IP address | ) | |
| 71.163.16.221, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITH PREJUDICE OF JOHN DOE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings,

LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber

assigned IP address 71.163.16.221, are voluntarily dismissed with prejudice.

Dated: April 23, 2018                        Respectfully submitted,

                                             /s/ *Jessica Haire*
                                             Jessica Haire, Esq.
                                             Va. Bar No. 82513
                                             Attorney for Strike 3 Holdings, LLC
                                             Fox Rothschild LLP
                                             1030 15th Street, NW
                                             Suite 380E
                                             Washington, DC 20005
                                             Phone: 202-461-3109
                                             Fax: 202-461-3102
                                             jhaire@foxrothschild.com

                                             So ordered
                                             4/24/18

                                             _____
1                                            Anthony J. Trenga
                                             United States District Judge